**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **JSDN REAL ESTATE, LTD.,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:15-CV-2077-L** |
| § | |
| **NORTHLAND INSURANCE** § | |
| **COMPANY and OCTAVIO MORALES,** § | |
| § | |
| Defendants. § | |

## ORDER

Before the court is the parties' Joint Motion to Remand, filed July 28, 2015. The court determines that the motion should be, and is hereby, **granted**. Accordingly, the court **remands** this action to the 160th Judicial Court of Dallas County, Texas. The clerk of court shall effect this remand in accordance with the usual procedure.

**It is so ordered** this 29th day of July, 2015.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**