# United States District Court

Northern District of Texas

Karen Mitchell                                                    Dallas Division
Clerk of Court
                               7/29/2015

160th Judicial District Court
George L. Allen, Sr. Courts Building
600 Commerce Street
Box 640
Dallas, TX 75202

RE: REMAND

       Style: 3:15-CV-2077-L; JSDN Real Estate Ltd v. Northland Insurance Company et al

Dear Clerk:

       Enclosed is a certified copy of an Order and/or Judgment remanding the above captioned case back to the     160th Judicial District Court. Dallas County, TX    , DC-15-05331 along with a copy of the docket sheet.

       If you have any questions regarding this matter, I may be reached at 214-753-2633 .

                     Sincerely,
                     Karen Mitchell, Clerk

                    By:  s/T. Nunns
                        Deputy Clerk

Enclosure

cc: